FILED
October 29, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003036311

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
MARTIN MACIEL AND VICTORIA ROLON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

    MARTIN MACIEL
    VICTORIA ROLON,

    Debtors.
_____/

CASE NO. 10-47712
CHAPTER 13

DCN-TOG-1

Date: December 7th, 2010
Time: 10:00 a.m.
Dept: U.S. Bankruptcy Court
     501 I Street, 6th Floor, Room #33
     Sacramento, California 95814

### NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL- (NOTE AND SECOND MORTGAGE HELD BY WELLS FARGO MORTGAGE)

TO WELLS FARGO MORTGAGE AND ALL INTERESTED PARTIES:

Martin Maciel and Victoria Rolon, debtors in the above-referenced case, have filed papers with the Court to value the collateral of Wells Fargo Mortgage.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

1

A hearing on the motion to value collateral securing the debt of **Wells Fargo Mortgage** will be held at the date, time, and place set forth above. By this motion, Debtors will, and hereby do, seek an order determining the value of said collateral. Debtors' motion is based upon the Notice of Hearing, the Motion, and on such oral and documentary evidence, authority and argument as may be presented at the hearing on this motion.

If you want the Court to consider your views on the matter, then on or before 14 calendar days prior to the hearing date, you or your attorney must:

File with the Court a written response with supporting evidence at:

U.S. Bankruptcy Court
Eastern District of California
501 I Street
Sacramento, California  95814

You must also mail a copy to:

Thomas O. Gillis, Attorney
1006 H Street, Suite 1
Modesto, California  95354

Opposition shall be accompanied by evidence establishing factual allegations. In addition, a hearing is scheduled for:

Date:   December 7th, 2010
Time:   10:00 a.m.
Place:  U.S. Bankruptcy Court
        501 I Street, 6th Floor, Courtroom #34
        Sacramento, California  95814

If you do not file a response to this at least 14 calendar days prior to the scheduled hearing date, the Court may resolve the matter without oral argument and grant relief requested without a hearing.

Dated:  October 29, 2010

_____
THOMAS O. GILLIS
ATTORNEY FOR DEBTOR