Case 10-47712    Doc 32    Page 1 of 2

FILED
April 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003438206

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
MARTIN AND VICTORIA ROLON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In Re:

    MARTIN ROLON and
    VICTORIA ROLON,

            Debtors.

_____/

CASE NO. 10-47712
CHAPTER 13

DCN-TOG-3

DATE: May 24, 2011
TIME: 2:00 p.m.
PLACE: U.S. Bankruptcy Court
       501 I St., 6th Fl., Rm. #33
       Sacramento, CA 95814

### MOTION TO VALUE COLLATERAL- (NOTE AND SECOND MORTAGE HELD BY WELLS FARGO BANK, N.A.)

Debtors, Martin and Victoria Rolon, by and through Thomas O. Gillis, their attorney of record, move the Court to value the collateral securing Debtor's indebtedness to **WELLS FARGO BANK, N.A.**, to wit, **debtors' second deed of trust** on the real property located at **168 Central Street, Maxwell, CA.** This motion is based on the following:

1

1.  The **Debtor values the collateral at $48,000** (see Declaration of Debtor filed herein).

2.  **First Mortgage: CitiMortgage** holds a note on said property secured by a valid Deed of Trust. The balance of the note is approximately **$108,500.**

3.  **Second Mortgage: Wells Fargo Bank, N.A.** has recorded a Deed of Trust securing a note for approximately **$51,100.** Said Deed of Trust was recorded after the Deed of Trust referred to supra.

4.  The holder of the senior Deed of Trust referred to in #2 is owed an amount exceeding the value of the property by **$60,500**, leaving no equity to secure the second Deed of Trust referred to in #3 supra.

Wherefore, **debtors pray** that the Court **determine the debt of WELLS FARGO BANK, N.A.** to be **wholly unsecured**, and classify the holder of that debt as a general unsecured creditor.

Based on the foregoing, Debtors respectfully request that this motion be granted.

Dated: April 21, 2011

_____
THOMAS O. GILLIS
ATTORNEY AT LAW

2