FILED
April 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003438205

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA  95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
MARTIN AND VICTORIA ROLON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In Re:

MARTIN ROLON and
VICTORIA ROLON,

        Debtors.

_____/

CASE NO. 10-47712
CHAPTER 13

DCN-TOG-3

DATE: May 24, 2011
TIME: 2:00 p.m.
PLACE: U.S. Bankruptcy Court
      501 I St., 6th Fl., Rm. #33
      Sacramento, CA 95814

**NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL-
(NOTE AND SECOND MORTGAGE HELD BY WELLS FARGO BANK, N.A.)**

TO WELLS FARGO BANK, N.A. AND ALL INTERESTED PARTIES:

Martin and Victoria Rolon, debtors in the above-referenced case, have filed papers with the Court to value the collateral of Wells Fargo Bank, N.A.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

A hearing on the motion to value collateral securing the debt of **Wells Fargo Bank, N.A.** will be held at the date, time, and place set forth above. By this motion, Debtors will, and hereby do, seek an order determining the value of said collateral. Debtors' motion is based upon the Notice of Hearing, the Motion, and on such oral and documentary evidence, authority and argument as may be presented at the hearing on this motion.

If you want the Court to consider your views on the matter, then on or before 14 calendar days prior to the hearing date, you or your attorney must:

File with the Court a written response with supporting evidence at:

U.S. Bankruptcy Court
Eastern District of California
501 I Street
Sacramento, California 95814

You must also mail a copy to:

Thomas O. Gillis, Attorney
1006 H Street, Suite 1
Modesto, California 95354

Opposition shall be accompanied by evidence establishing factual allegations. In addition, a hearing is scheduled for:

Date: May 24, 2011
Time: 2:00 p.m.
Place: U.S. Bankruptcy Court
       501 I Street, 6th Floor, Courtroom #33
       Sacramento, California 95814

If you do not file a response to this at least 14 calendar days prior to the scheduled hearing date, the Court may resolve the matter without oral argument and grant relief requested without a hearing.

Dated: April 21, 2011

_____
THOMAS O. GILLIS
ATTORNEY FOR DEBTOR