FILED
April 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003438204

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
MARTIN AND VICTORIA ROLON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In Re:

    MARTIN ROLON and
    VICTORIA ROLON,

        Debtors.

_____/

CASE NO. 10-47712
CHAPTER 13

DCN-TOG-3

DATE: May 24, 2011
TIME: 2:00 p.m.
PLACE: U.S. Bankruptcy Court
       501 I St., 6th Fl., Rm. #33
       Sacramento, CA 95814

### DEBTORS' DECLARATION SUPPORTING MOTION TO VALUE COLLATERAL (NOTE AND SECOND MORTGAGE HELD BY WELLS FARGO BANK, N.A.)

I, Martin Rolon, do hereby declare:

We are the debtors in the above-referenced case. I state the following facts on my own personal knowledge and know them to be true, except those facts stated on information and belief, of which facts we are informed and believe to be true:

1. **We own real property** commonly known as **168 Central Street, Maxwell, CA.**

2. The total amount **of the first mortgage** on my property **is** approximately **$108,500.**

3. Based upon my research and knowledge of sales of like property in my neighbourhood and the condition of the improvements on the property; **I believe the fair market value of said property** at the date of filing **was $48,000** which is approximately **$60,500 less** than is owed on the first deed of trust.

4. We also owe a note secured by a **second deed of trust** with **WELLS FARGO BANK, N.A.** in the approximate amount of **$51,100.**

5. We therefore **pray that the Court** determine the loan securing the second deed of trust held by **WELLS FARGO BANK, N.A.** to be wholly unsecured.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2011 in Modesto, California.

*Martin Rolon*
MARTIN ROLON

2