FILED
April 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003438207

THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL (209)575-3116
FAX (209)575-5956

Attorney for Debtors
MARTIN AND VICTORIA ROLON

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO

In Re:

MARTIN ROLON and
VICTORIA ROLON,

      Debtors.

_____/

CASE NO. 10-47712
CHAPTER 13

DCN-TOG-3

DATE: May 24, 2011
TIME: 2:00 p.m.
PLACE: U.S. Bankruptcy Court
501 I St., 6th Fl., Rm. #33
Sacramento, CA 95814

## POINTS AND AUTHORITIES

## IN SUPPORT OF MOTION TO VALUE COLLATERAL

Debtors may testify regarding the value of the property that they own, and have done so through the Schedules and Plan. Fed. Rules of Evidence §701. See *So. Central Livestock Dealers, Inc. v. Security State Bank*, 614 F. 2d 1056, 1061 (5th Cir. 1998).

An adversary complaint is not necessary to value this collateral. *In re Laskin*, 222 B.R. 876 (B.A.P. 9th Cir. 1998).