FILED
May 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D38

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | |
|---|---|
| Case Title : | Martin Rolon and Victoria Rolon |
| Case No : | 10-47712 - E - 13L |
| Date : | 5/24/11 |
| Time : | 02:00 |

Matter : [32] - Motion/Application to Value Collateral of Wells Fargo Bank, N.A. [TOG-3] Filed by Debtor Martin Rolon, Joint Debtor Victoria Rolon (maws)

Judge : Ronald H. Sargis
Courtroom Deputy : Janet Larson
Reporter : NOT RECORDED
Department : E

APPEARANCES for :
Movant(s) :
None
Respondent(s) :
None

## CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Valuation of Collateral filed by Debtor(s) having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that the Motion pursuant to 11 U.S.C. § 506(a) is granted and the claim of Wells Fargo Bank, N.A. secured by a second trust deed recorded against the real property commonly known as 168 Central Street, Maxwell, California, is determined to have a value of $0.00, and the balance of the claim is to be paid as an unsecured claim under the confirmed Chapter 13 Plan.

Dated: May 25, 2011

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court